In the United States District Court

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG - 8 2011

for the _____Northern_____ District of _Georgia_____

**11CR      695**

JAMES N. HATTEN, Clerk
By: _Denise Bankhead_
Deputy Clerk

United States of America

v.

_Hector X. Monsegur_

Criminal No.

1: USDC-379

Consent to Transfer of Case

for Plea and Sentence

(*Under Rule 20*)

I, _Hector X. Monsegur_, defendant, have been informed that an __Information__ (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead __guilty__ (*guilty, nolo contendre*) to the offense charged, to consent to the disposition of the case in the __Southern__ District of _New York_____ in which I __am under arrest__ (*am under arrest, am held*) and to waive trial in the above captioned District.

Dated: _August 5th_ ~~19~~ 201at _New York, NY_

_____
(*Defendant*)

_____
(*Witness*)

_____
(*Counsel for Defendant*)

ATTEST: A TRUE COPY
CERTIFIED THIS

AUG - 8 2011

James N. Hatten, Clerk
By: _Denise Bankhead_
Deputy Clerk

Approved

_____          (for Sally Yates)     _____
_Sally Quillian Yates_                    8/8/11        _Preet Bharara_  By _James Pastore_
United States Attorney for the                          United States Attorney for the

_NDGA_____ District of        _SDNY_____ District of

6